IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUNICE HUSBAND,<br>Petitioner, | : | 3:15-cv-995 |
| v. | : | (Judge Mariani) |
| DAVID J. EBBERT,<br>Respondent. | : | |

## ORDER

**AND NOW**, this ___/S/___ day of June, 2015, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed *in forma pauperis*, (Doc. 2), is **GRANTED** for the sole purpose of filing this action.

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge